Michael J. McCue (Nevada Bar #6055)
Jonathan W. Fountain (Nevada Bar #10351)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200 (phone)
(702) 949-8398 (facsimile)
mmccue@lrlaw.com
jfountain@lrlaw.com

Of Counsel:
Peter B. Bensinger, Jr.  (*pro hac vice* application to be filed)
Paul J. Skiermont   (*pro hac vice* application to be filed)
Adam K. Mortara   (*pro hac vice* application to be filed)
Sundeep K. Addy  (*pro hac vice* application to be filed)
Matthew R. Ford  (*pro hac vice* application to be filed)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, Illinois 60654
(312) 494-4400 (phone)
(312) 494-4440 (facsimile)
peter.bensinger@bartlit-beck.com
paul.skiermont@bartlit-beck.com
adam.mortara@bartlit-beck.com
rob.addy@bartlit-beck.com
matthew.ford@bartlit-beck.com

*Attorneys for Plaintiffs Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYER SCHERING PHARMA AG & BAYER HEALTHCARE PHARMACEUTICALS INC.<br><br>      Plaintiffs,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL, & SUN PHARMACEUTICAL INDUSTRIES, INC.<br><br>      Defendants. | **CERTIFICATE AS TO INTERESTED PARTIES** |

1    Pursuant to Rule 7.l of the Federal Rules of Civil Procedure, the undersigned counsel of
2    record for Plaintiff Bayer HealthCare Pharmaceuticals Inc. (a nongovernmental corporate party)
3    certifies that the following have an interest in the outcome of this case:
4    1.    Bayer Schering Pharma AG is a wholly owned subsidiary of Bayer AG.
5    2.    Bayer HealthCare Pharmaceuticals Inc. is a wholly owned subsidiary of Schering
6    Berlin Inc., which is wholly owned by Bayer HealthCare LLC, which is wholly owned by Bayer
7    Corporation, which is wholly owned by Bayer AG.
8    3.    Bayer AG is a publicly traded company.  Information about Bayer AG's
9    ownership structure is reported at: http://www.investor.bayer.com/en/stock/ownership-structure/.
10   4.    Capital Research and Management Company owns 9.97% of the voting rights in
11   Bayer AG.
12   5.    BlackRock, Inc. owns 6.33% of the voting rights in Bayer AG. According to
13   Exhibit 21.1 of BlackRock, Inc.'s Form 10-K for 2009, as of December 31, 2009, direct or
14   indirect subsidiaries of BlackRock, Inc. included: BlackRock Financial Management, Inc.,
15   BlackRock Holdco 2, Inc., BR Jersey International Holdings L.P., BlackRock International
16   Holdings, Inc., and BlackRock Group Limited.  These entities respectively own 6.09%, 6.09%,
17   3.99%, 3.99%, and 3.44% of the voting rights in Bayer AG.
18
19
20
21
22
23
24
25
26
27
28   / / /

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: January 12, 2011

Respectfully submitted,

/s/
Michael J. McCue (Nevada Bar #6055)
Jonathan W. Fountain (Nevada Bar #10351)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
mmccue@lrlaw.com
jfountain@lrlaw.com

Of Counsel:
Peter B. Bensinger, Jr.  (*pro hac vice* application to be filed)
Paul J. Skiermont   (*pro hac vice* application to be filed)
Adam K. Mortara   (*pro hac vice* application to be filed)
Sundeep K. Addy  (*pro hac vice* application to be filed)
Matthew R. Ford  (*pro hac vice* application to be filed)
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard Street
Chicago, IL 60654
peter.bensinger@bartlit-beck.com
paul.skiermont@bartlit-beck.com
adam.mortara@bartlit-beck.com
rob.addy@bartlit-beck.com
matthew.ford@bartlit-beck.com

*Attorneys for Plaintiffs Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc.*