Michael J. McCue (Nevada Bar #6055)
Jonathan W. Fountain (Nevada Bar #10351)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200 (phone)
(702) 949-8398 (facsimile)
mmccue@lrlaw.com
jfountain@lrlaw.com

Of Counsel:
Peter B. Bensinger, Jr.  (*pro hac vice* application to be filed)
Paul J. Skiermont   (*pro hac vice* application to be filed)
Adam K. Mortara   (*pro hac vice* application to be filed)
Sundeep K. Addy  (*pro hac vice* application to be filed)
Matthew R. Ford  (*pro hac vice* application to be filed)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street
Chicago, Illinois 60654
(312) 494-4400 (phone)
(312) 494-4440 (facsimile)
peter.bensinger@bartlit-beck.com
paul.skiermont@bartlit-beck.com
adam.mortara@bartlit-beck.com
rob.addy@bartlit-beck.com
matthew.ford@bartlit-beck.com

Attorneys for Plaintiffs Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| BAYER SCHERING PHARMA AG & BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs & Counterdefendants, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL, & SUN PHARMACEUTICAL INDUSTRIES, INC. <br><br> Defendants & Counterclaimants. | No. 2:11-00054-GMN-(PAL) <br><br> **NOTICE OF RELATED CASES** |

Pursuant to this Court's General Order No. 2006-5, Plaintiffs hereby notify the Court that this action, No. 2:11-00054-GMN-(PAL), entitled *Bayer Schering Pharma AG, et al. v. Sun Pharmaceutical Industries Limited. et al.*, is related to two other civil actions pending in this court:

(1) Civil Action No. 2:08-cv-00995-KJD-(GWF) consolidated with 2:07-cv-01472-KJD-(GWF) (basefile) entitled *Bayer Schering Pharma AG, et al. v. Sandoz Inc., et al.* ( the "Watson/Sandoz Action"); and

(2) Civil Action No. 2:10-cv-01166-GMN-(RJJ), entitled *Bayer Schering Pharma AG, et al. v. Lupin Ltd., et al.* (the "Lupin Action").

The Watson/Sandoz Action is currently pending before District Judge Dawson. The Lupin Action is currently pending before District Judge Navarro. The Bayer plaintiffs have moved in the Lupin Action to consolidate that case with the Watson/Sandoz action. That motion is presently pending before District Judge Navarro.

Each of the above cases involves the same patents-in-suit, the same theories of liability, and the same pharmaceutical product, YAZ®. As a result, these actions involve similar questions of fact and law.

| | | |
|---|---|---|
| 1 | Dated: January 12, 2011 | Respectfully submitted, |

/s/
Michael J. McCue (Nevada Bar #6055)
Jonathan W. Fountain (Nevada Bar #10351)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
mmccue@lrlaw.com
jfountain@lrlaw.com

Of Counsel:
Peter B. Bensinger, Jr.  (*pro hac vice* application to be filed)
Paul J. Skiermont   (*pro hac vice* application to be filed)
Adam K. Mortara   (*pro hac vice* application to be filed)
Sundeep K. Addy  (*pro hac vice* application to be filed)
Matthew R. Ford  (*pro hac vice* application to be filed)
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard Street
Chicago, IL 60654
peter.bensinger@bartlit-beck.com
paul.skiermont@bartlit-beck.com
adam.mortara@bartlit-beck.com
rob.addy@bartlit-beck.com
matthew.ford@bartlit-beck.com

*Attorneys for Plaintiffs and Counterdefendants Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc.*