Randolph L. Howard, Esq. (Nevada Bar #6688)
William D. Schuller, Esq. (Nevada Bar #11271)
KOLESAR & LEATHAM
400 South Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
(702) 362-7800 (phone)
(702) 362-9472 (facsimile)
rhoward@klnevada.com
wschuller@klnevada.com

Of Counsel:
William A. Rakoczy
Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street,
Suite 500
Chicago, Illinois 60654
(312) 222-6301 (phone)
(312) 222-6321 (facsimile)
wrakoczy@rmmslegal.com
ehunt@rmmslegal.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BAYER SCHERING PHARMA AG & BAYER HEALTHCARE PHARMACEUTICALS INC.<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL and SUN PHARMACEUTICAL INDUSTRIES, INC.<br><br>Defendants. | Case No. 2:11-cv00054-KJD-PAL<br><br>**Stipulated Final Judgment** |

**WHEREAS**, Plaintiffs Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. (collectively "Bayer") brought the following action against Defendants Sun Pharmaceutical Industries Limited, Sun Pharma Global FZE, Sun Pharma Global and Sun Pharmaceutical Industries, Inc. ("Sun") in the United States District Court for the District of Nevada ("District Court"), alleging infringement of U.S. Reissue Patent Nos. 37,564; 37,838 and 38,253 (collectively, the "Patents-In-Suit"), based on Sun Pharma Global FZE's submission of Abbreviated New Drug Application No. 202318 ("Sun's YAZ® ANDA"), which seeks approval to market a generic version of Bayer's YAZ® product ("Sun's YAZ® ANDA Product"): *Bayer Schering Pharma AG and Bayer Healthcare Pharmaceuticals Inc. v. Sun Pharmaceutical Industries Limited, Sun Pharma Global FZE, Sun Pharma Global and Sun Pharmaceutical Industries, Inc.*, Civil Action No. 2:11-cv-00054-KJD-PAL (D. Nev.), filed January 12, 2011 ("the Sun Action");

**WHEREAS**, Bayer has commenced similar cases against other defendants, which also relate to the alleged infringement of the Patents-In-Suit, including: *Bayer Schering Pharma AG et al. v. Watson Pharmaceuticals, Inc. et al.*, Civil Action No. 2:07-cv-01472-KJD-GWF (D. Nev.) and *Bayer Schering Pharma AG et al. v. Sandoz, Inc.*, Civil Action No. 2:08-cv-00995-KJD-GWF (D. Nev.) ("the Watson/Sandoz Actions");

**WHEREAS**, on August 26, 2011, the parties to the Sun Action filed a Stipulation of Dismissal and Stay (Dkt. 40), which provided a procedure to streamline disputed issues and to conserve the resources of the parties and the District Court including, *inter alia*, a stipulated stay of the Sun Action pending resolution of the Watson/Sandoz Actions ("the Stipulation");

**WHEREAS**, concurrent with filing of the Stipulation, Bayer filed a Statement of Nonliability and Covenant Not to Sue Sun with respect to, *inter alia*, U.S. Reissue Patent Nos. 37,838 and 38,253 ("the Covenant"), wherein Bayer agreed that "Sun and any Sun customer (direct or indirect), manufacturing partner, supply partner, marketing partner, licensee or purchaser of Sun's YAZ® ANDA Product or the portion of Sun's business to which Sun's ANDA No. 20-

2318 relates has no liability to Bayer for infringement of [U.S. Reissue Patent Nos. 37,838 and 38,253] (Dkt. 39);

**WHEREAS**, pursuant to the Stipulation Bayer and Sun agreed to be bound by the final judgment in Bayer's litigation against two other generic drug manufacturers: Watson and Sandoz. (Doc. 40, Stipulation of Dismissal and Stay.) Bayer and Sun also agreed that the judgment in the Watson/Sandoz Action regarding the patents-in-suit shall be entered in this action. (*Id.*);

**WHEREAS**, on April 16, 2013, the United States Court of Appeals for the Federal Circuit (the "Federal Circuit") reversed the district court's March 30, 2012 decision finding Bayer's asserted patent valid and enforceable in the Watson/Sandoz Action. (Dkt. 63, 4/16/2013 Opinion and Judgment, *Bayer HealthCare Pharma v. Watson Pharma.*, 12-1397 (Fed. Cir.)). The Federal Circuit also concluded that the asserted claims of the patent-in-suit are invalid for obviousness and rendered judgment in favor of Watson and Sandoz. (*Id.*) On August 12, 2013, the Federal Circuit denied Bayer's Motion for Panel Rehearing And Rehearing En Banc. (Dkt. 71, 8/12/2013 Order, *Bayer HealthCare Pharma v. Watson Pharma.*, 12-1397 (Fed. Cir.);

**WHEREAS**, Bayer will not seek further appellate review of the Federal Circuit's judgment for Watson and Sandoz in the Watson/Sandoz Action;

**IT IS HEREBY ORDERED AND ADJUDGED**, subject to the approval of the Court, that:

1. The asserted claims of U.S. Reissued Patent No. RE 37,564 are invalid pursuant to 35 U.S.C. § 103;

2. Final and non-appealable Judgment is entered in favor of Sun and against Bayer with respect to all claims and counterclaims concerning the asserted claims of U.S. Reissued Patent No. RE 37,564;

3. All claims, counterclaims and defenses with respect to U.S. Reissue Patent Nos. 37,838 and 38,253 are dismissed with prejudice;

4. All of Sun's remaining counterclaims against Bayer are dismissed with prejudice as moot in light of the Statement of Non-Liability and Covenant Not To Sue.

5. The parties shall each bear their own costs.

6. This action is hereby terminated and closed.

* * *

SO STIPULATED:

Dated:  November 1, 2013

| | |
|---|---|
| BAYER SCHERING PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC. | SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL and SUN PHARMACEUTICAL INDUSTRIES, INC. |
| By:   /s/ Matthew R. Ford | By: _____ |
| Michael J. McCue (Nevada Bar #6055) Jonathan W. Fountain (Nevada Bar #10351) LEWIS AND ROCA LLP 3993 Howard Hughes Parkway, Suite 600 Las Vegas, Nevada 89169 (702) 949-8200 (phone) (702) 949-8398 (facsimile) mmccue@lrlaw.com jfountain@lrlaw.com | Randolph L. Howard, Esq. (Nevada Bar #6688) William D. Schuller, Esq. (Nevada Bar #11271) KOLESAR & LEATHAM 400 South Rampart Blvd., Suite 400 Las Vegas, Nevada 89145 (702) 362-7800 (phone) (702) 362-9472 (facsimile) rhoward@klnevada.com wschuller@klnevada.com |
| Of Counsel: Peter B. Bensinger, Jr. Paul J. Skiermont Adam K. Mortara Sundeep K. (Rob) Addy Matthew R. Ford BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP 54 West Hubbard Street Chicago, Illinois 60654 (312) 494-4400 (phone) (312) 494-4440 (facsimile) peter.bensinger@bartlit-beck.com paul.skiermont@bartlit-beck.com adam.mortara@bartlit-beck.com rob.addy@bartlit-beck.com matthew.ford@bartlit-beck.com | Of Counsel: William A. Rakoczy Eric R. Hunt RAKOCZY MOLINO MAZZOCHI SIWIK LLP 6 West Hubbard Street, Suite 500 Chicago, Illinois 60654 (312) 222-6301 (phone) (312) 222-6321 (facsimile) wrakoczy@rmmslegal.com ehunt@rmmslegal.com

*Attorneys for Defendants* |
| *Attorneys for Plaintiffs Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc.* | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IT IS SO ORDERED**:

UNITED STATES DISTRICT JUDGE

DATED: 11/5/13

_____
KENT J. DAWSON

*Bayer Schering Pharma AG et al. v. Sun Pharmaceutical Indus. Ltd. et al.*

**Case No. 2:11-cv-00054-KJD-PAL**

**Stipulated Final Judgment**

6